# THE WEITZ LAW FIRM, P.A.

Bank of America Building<br>
18305 Biscayne Blvd., Suite 214<br>
Aventura, Florida 33160

March 4, 2026

<u>VIA CM/ECF</u>
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square - Courtroom 618
New York, NY 10007
ounse

    Re: Norris v. Gnocchi On 9th LES LLC, et al.
       Case 1:25-cv-09921-KPF

Dear Judge Failla:

  This letter is jointly submitted by the parties pursuant to your Notice for an Initial Pretrial Conference [D.E. 7], dated December 4, 2026. The Initial Pretrial Conference is scheduled for Friday, March 13, 2026, at 12:00 p.m. Counsel for the parties notify the Court that all parties have agreed to waive the Initial Conference.

  **(1) A brief statement of the nature of the action, the principal defenses thereto, and the major legal and factual issues that are most important to resolving the case, whether by trial, settlement, or dispositive motion;**

  Plaintiff filed this action for declaratory and injunctive relief pursuant to Article III of the Americans with Disabilities Act ("ADA"), alleging violation of the ADA and parallel New York State and City laws on the Defendants' property.

  **(2) A brief explanation of why jurisdiction and venue lie in this Court. In any action in which subject matter jurisdiction is founded on diversity of citizenship pursuant to Title 28, United States Code, Section 1332, the letter must explain the basis for the parties' belief that diversity of citizenship exists. Where any party is a corporation, the letter shall state both the place of incorporation and the principal place of business. In cases where any party is a partnership, limited partnership, limited liability company, or trust, the letter shall state the citizenship of each of the entity's members, shareholders, partners, and/or trustees. See, e.g., Handelsman v. Bedford Vill. Assocs. L.P., 213 F.3d 48 (2d Cir. 2000).**

  Plaintiff invokes the jurisdiction of the Court pursuant to 28 U.S.C. §1331. Plaintiff also invokes supplemental jurisdiction over Plaintiff's claims under the New York Executive Law and the New York City Administrative Code pursuant to 28 U.S.C. § 1367.

  **(3) A statement of all existing deadlines, due dates, and/or cut-off dates;**

  There are no existing deadlines as of this date.

  **(4) A brief description of any outstanding motions;**

  There are no contemplated motions at this time.

**(5)    A brief description of any discovery that has already taken place and of any discovery that is necessary for the parties to engage in meaningful settlement negotiations;**

No discovery has occurred as of this date.

**(6)    A statement describing the status of any settlement discussions and whether the parties would like a settlement conference; and**

The parties have not held settlement discussions as yet, but plan to initiate settlement discussions in the near future. The parties have agreed to a referral to the District's Mediation Program.

**(7)    Any other information that the parties believe may assist the Court in advancing the case to settlement or trial, including, but not limited to, a description of any dispositive issue or novel issue raised by the case.**

The parties are not aware of any other additional information at this time which may assist the parties in resolving this action.

Respectfully submitted,

By: S/ B. Bradley Weitz
B. Bradley Weitz, Esq.
The Weitz Law Firm, P.A.
Bank of America Building
18305 Biscayne Blvd., Suite 214
Aventura, Florida 33160
Telephone: (305) 949-7777
Facsimile: (305) 704-3877
Email: bbw@weitzfirm.com
*Attorney for Plaintiff*

By: S/ Alexander W. Bogdan
Alexander W. Bogdan, Esq.
Fox Rothschild LLP
101 Park Avenue, 17th Floor
New York, NY 10178
Telephone: 212-878-7941
Email:abogdan@foxrothschild.com
*Attorney for Gnocchi On 9th LES LLC*

By: S/ Avram E. Frisch
Avram E. Frisch, Esq.
The Law Office of Avram E. Frisch LLC
1 University Plaza, Suite 119
Hackensack, NJ 07601
Telephone: 201-289-5352
Email: frischa@avifrischlaw.com
*Attorney for Orchard Garden Realty LLC*