UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAMEL NORRIS,<br><br>                    Plaintiff,<br><br>         -v.-<br><br>GNOCCHI ON 9TH LES LLC, *a New York limited liability corporation doing business as* GNOCCHI ON 9TH-LOWER EAST SIDE, and ORCHARD GARDEN REALTY LLC, *a New York limited liability corporation*,<br><br>                    Defendants. | 25 Civ. 9921 (KPF)<br><br>**MEDIATION REFERRAL ORDER** |

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation Program. The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith. The mediation will have no effect upon any scheduling Order issued by this Court without leave of this Court.

SO ORDERED.

Dated:  March 5, 2026
        New York, New York

                                                    *Katherine Polk Failla*
                                                    _____
                                                    KATHERINE POLK FAILLA
                                                    United States District Judge