**FOX ROTHSCHILD LLP**
Alexander W. Bogdan, Esq.
101 Park Avenue, Suite 1700
New York, NY 10178
Tel:   (212) 878-7900
Fax:   (212) 692-0940
*Attorneys for Defendant Gnocchi on 9th LES LLC*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NAMEL NORRIS, | ECF Case |
| Plaintiff, | Case No. 1:25-CV-09921 |
| v. | **RULE 7.1 STATEMENT** |
| GNOCCHI ON 9TH LES LLC, a New York limited liability company, d/b/a GNOCCHI ON 9TH-LOWER EAST SIDE, and ORCHARD GARDEN REALTY LLC, a New York limited liability company, | |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, defendant Gnocchi on 9th LES LLC discloses that it is a nongovernmental corporate party, that it does not have any parent companies, and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       March 9, 2026

                                        FOX ROTHSCHILD LLP

                                        By:   */s/ Alexander W. Bogdan*
                                              Alexander W. Bogdan, Esq.
                                        101 Park Avenue, 17th Floor
                                        New York, NY 10178

141025048.1

        Tel: (212) 878-7900
        ABogdan@foxrothschild.com
        *Attorneys for Defendant*
        *Gnocchi on 9th LES LLC*

141025048.1