# THE WEITZ LAW FIRM, P.A.

Bank of America Building
18305 Biscayne Blvd., Suite 400
Aventura, Florida 33160

July 31, 2026

**<u>Via CM/ECF</u>**
Honorable Judge Katherine Polk Failla
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    *Norris v. Gnocchi On 9th LES LLC et al.*
          Case Number: 1:25-cv-09921-KPF

Dear Judge Failla,

The undersigned represents the Plaintiff in the above-captioned case matter.

On June 4, 2026, an Order of Discontinuance was signed by your Honor [D.E. 25] providing Plaintiff's counsel thirty (60) days within which to reopen this matter, should the settlement not be consummated.

As of this date, the settlement has not yet been fully consummated. Therefore, the undersigned respectfully requests that the Court grant a thirty (30) day extension, to reopen this matter pending the full completion of the settlement.

The Court is advised that this is the Plaintiff's first request to extend the deadline to reopen in this matter. Thank you for your attention to this matter.

Sincerely,

By: /S/   B. Bradley Weitz
       B. Bradley Weitz, Esq. (BW9365)
       THE WEITZ LAW FIRM, P.A.
       Attorney for Plaintiff
       18305 Biscayne Blvd., Suite 400
       Aventura, Florida 33160
       Telephone: (305) 949-7777
       Facsimile:  (305) 704-3877
       Email: bbw@weitzfirm.com