**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NAMEL NORRIS,
    Plaintiff,

vs.                                                         CASE NO: 1:25-cv-09921-KPF

GNOCCHI ON 9TH LES LLC, a New York
limited liability company, d/b/a GNOCCHI
ON 9TH-LOWER EAST SIDE, and
ORCHARD GARDEN REALTY LLC,
a New York limited liability company,
    Defendants.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## AND ORDER OF DISMISSAL

COME NOW, Plaintiff, NAMEL NORRIS, and Defendants, GNOCCHI ON 9TH LES LLC, a New York limited liability company, d/b/a GNOCCHI ON 9TH-LOWER EAST SIDE, and ORCHARD GARDEN REALTY LLC, a New York limited liability company, by and through their respective undersigned counsel, pursuant to a confidential settlement agreement and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, who do hereby stipulate to the dismissal of the above-captioned action, *with prejudice,* with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

Dated: This __3rd__ th day of August, 2026.

By: _____          By: _____
    B. Bradley Weitz, Esq.                                  Alexander William Bogdan, Esq.
    THE WEITZ LAW FIRM, P.A.                            Fox Rothschild, LLP (NYC)
    18305 Biscayne Blvd., Suite 400                      101 Park Avenue, 17th Floor
    Aventura, FL 33160                                        New York, NY 10178
    Telephone: (305) 949-7777                            Telephone: (212) 878-7941
    Facsimile: (305) 704-3877                              Fax: (212) 692-0940
    E-mail: BBW@weitzfirm.com                           Email: abogdan@foxrothschild.com
    *Attorney for Plaintiff*                                   *Attorney for Defendant,*
                                                                *GNOCCHI ON 9TH LES LLC*

By: _____

Avram Eliezer Frisch, Esq.
The Law Office of Avram E. Frisch LLC
1 University Plaza, Suite 119
Hackensack, NJ 07601
Telephone: (201) 289-5352
Email: frischa@avifrischlaw.com
*Attorney for Defendant,*
*ORCHARD GARDEN REALTY LLC*


SO ORDERED:


_____
Katherine Polk Failla, U.S.D.J.

Dated: _____