**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NAMEL NORRIS,
      Plaintiff,

vs.                                      CASE NO: 1:25-cv-09921-KPF

GNOCCHI ON 9TH LES LLC, a New York
limited liability company, d/b/a GNOCCHI
ON 9TH-LOWER EAST SIDE, and
ORCHARD GARDEN REALTY LLC,
a New York limited liability company,
      Defendants.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**
**AND ORDER OF DISMISSAL**

COME NOW, Plaintiff, NAMEL NORRIS, and Defendants, GNOCCHI ON 9TH LES LLC, a New York limited liability company, d/b/a GNOCCHI ON 9TH-LOWER EAST SIDE, and ORCHARD GARDEN REALTY LLC, a New York limited liability company, by and through their respective undersigned counsel, pursuant to a confidential settlement agreement and pursuant to the provisions of Rule 41(a)(1) of the Federal Rules of Civil Procedure, who do hereby stipulate to the dismissal of the above-captioned action, *with prejudice,* with regard to all Defendants. Each party shall bear their own attorneys' fees and costs.

      Dated: This __3rd__ th day of August, 2026.

By: _____
    B. Bradley Weitz, Esq.
    THE WEITZ LAW FIRM, P.A.
    18305 Biscayne Blvd., Suite 400
    Aventura, FL 33160
    Telephone: (305) 949-7777
    Facsimile: (305) 704-3877
    E-mail: BBW@weitzfirm.com
    *Attorney for Plaintiff*

By: _____
    Alexander William Bogdan, Esq.
    Fox Rothschild, LLP (NYC)
    101 Park Avenue, 17th Floor
    New York, NY 10178
    Telephone: (212) 878-7941
    Fax: (212) 692-0940
    Email: abogdan@foxrothschild.com
    *Attorney for Defendant,*
    *GNOCCHI ON 9TH LES LLC*

By: _____
    Avram Eliezer Frisch, Esq.
    The Law Office of Avram E. Frisch LLC
    1 University Plaza, Suite 119
    Hackensack, NJ 07601
    Telephone: (201) 289-5352
    Email: frischa@avifrischlaw.com
    *Attorney for Defendant,*
    *ORCHARD GARDEN REALTY LLC*

The Court approves of the parties' above-joint stipulation of dismissal with prejudice.

Given the parties' above-joint stipulation, Plaintiff's request for an extension of the Court's 60-day order is MOOT.

The Clerk of Court is directed to terminate the pending motion at docket entry 26.

Dated:    August 4, 2026
        New York, New York

SO ORDERED.

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE